IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HONORABLE B. PARK ELDRIDGE, JR.,**                                                        **PLAINTIFFS**
**Individually and in his official capacity;**
**PATRICIA D. ARCHAMBEAU, individually**
**and in her official capacity; ASHLEY BROOKE**
**BOYETT, individually and in her official capacity**

v.                                    CASE NO. 5:14-cv-00023-KGB

**ARKANSAS COUNTY; AND THE CITY**                                                  **DEFENDANTS**
**OF DEWITT, ARKANSAS**

## ORDER

Before the Court is separate plaintiff Patricia D. Archambeau's motion to dismiss her claims without prejudice (Dkt. No. 10). The Court grants Ms. Archambeau's motion and dismisses her claims without prejudice. This order does not affect the claims of the remaining plaintiffs, Honorable B. Park Eldridge, Jr. and Ashley Brooke Boyett, in their official or individual capacities.

SO ORDERED this the 24th day of September, 2014.

_____
Kristine G. Baker
United States District Judge