IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HONORABLE B. PARK ELDRIDGE, JR.,**
**individually and in his official capacity;**
**and ASHLEY BROOKE**
**BOYETT, individually and in her official capacity**                          **PLAINTIFFS**

v.                          Case No. 5:14-cv-00023-KGB

**ARKANSAS COUNTY AND THE CITY**
**OF DEWITT, ARKANSAS**                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Opinion and Order entered in this matter on June 23, 2015, the Court dismisses with prejudice plaintiffs' claim under the Due Process Clause of the Fourteenth Amendment. The Court declines to exercise supplemental jurisdiction over plaintiffs' remaining state law claims and dismisses without prejudice those claims. Plaintiffs' remaining state law claims "shall be tolled while the claim[s] [have been pending] and for a period of 30 days after [they are] dismissed unless State law provides for a longer period." 28 U.S.C. § 1367(d).

SO ORDERED this 22nd day of July, 2015.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge